UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   'O'

| Case No. | 2:16-cv-03178-CAS | Date | May 19, 2016 |
|---|---|---|---|
| Title | *In re BGM Pasadena, LLC* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) - EMERGENCY MOTION FOR STAY PENDING APPEAL (Dkt. 7, filed May 12, 2016)

The Court is in receipt of the "Emergency Motion for Stay Pending Appeal" (Dkt. 7) filed by debtor BGM Pasadena, LLC ("BGM" or "appellant") on May 12, 2016, as well as the opposition to the instant motion (Dkt. 8) filed by Pasadena, Apts-7, LLC ("Apts-7" or "appellee") on May 17, 2016.

The Court hereby orders that the Bankruptcy Court's Orders Granting Motions for Relief of the Automatic Stay Under 11 U.S.C. § 362, entered on April 21, 2016 as Bankruptcy Docket Nos. 188 and 189, are **TEMPORARILY STAYED UNTIL THURSDAY, JUNE 2, 2016**.

The Court will issue a further ruling on appellant BGM's "Emergency Motion for Stay Pending Appeal" forthwith.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |